IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00369-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| TRAVIS LAMAR SMITH, | |
| Defendant. | |

This matter comes before the court on Defendant's motion seeking (1) review of his detention order and (2) pretrial release under certain conditions [DE 19]. Defendant seeks this court's de novo review of a detention order issued by the Honorable Brian S. Meyers on December 21, 2023. *See* DE 16; DE 18.

Pursuant to 18 U.S.C. § 3145(b), the court will hear this motion on Thursday, January 11, at 11:30 a.m., in Courtroom 1, Alten Lennon Federal Building, Wilmington.

SO ORDERED this 8th day of January, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE