IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00369-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TRAVIS LAMAR SMITH, | |
| Defendant. | |

ORDER

This matter comes before the Court on the United States' motion, with the defendant's consent, to schedule a change-of-plea hearing and to cancel the trial in this case currently scheduled for August 14, 2024 [DE 46]. For good cause shown, the motion is GRANTED. The Clerk of Court is directed to schedule a change-of-plea hearing in this matter for <u>August 7, 2024 or August 9, 2024</u> and to cancel the trial, currently scheduled for August 14, 2024.

SO ORDERED this __31st__ day of __July__, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE