IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00369-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAVIS LAMAR SMITH,

    Defendant.

ORDER

This matter comes before the court on the United States' motion in limine [DE 44]. After the filing of that motion, Defendant entered a guilty plea to one of the charges in the superseding indictment and his sentencing is pending. DE 48 (Minute Entry reflecting guilty plea); Text Order dated Oct. 24, 2024 (continuing sentencing to January 21, 2025 term of court). Accordingly, the United States' motion in limine is denied as moot without prejudice.

SO ORDERED this __2__ day of December, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE